UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTINA KLEMM,

                           Plaintiff,

     -against-

MATTHEW R. STEIN, J.A.G. & H.E. CONSTRUCTION,
INC. and D.H.E. COMPANY, INC.,

                         Defendants.
----------------------------------------------------------------X

08 Civ. 3641 (CBA) (SMG)

**STIPULATION OF DISCONTINUANCE**

     IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action having been settled be and the same hereby is discontinued with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
         January     , 2009

O'DWYER & BERNSTIEN, LLP

_____
By: Christopher Downes, Esq.
Attorneys for Plaintiff
Christina Klemm &
52 Duane Street
New York, New York 10007
(212) 571-7100

GOLDBERG SEGALLA, LLP

_____
By: William Kelly, Esq.
Attorneys for Defendant
D.H.E. Company, Inc
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400

KRAL CLERKIN REDMOND RYAN
PERRY & GIRVAN, LLP

_____
By: Jeffrey K. Van Etten, Esq.
Attorneys for Defendants
J.A.G. & H.E. Construction, Inc.
170 Broadway, Suite 500
New York, New York 10038
(212) 406-9710

WADE CLARK MULCAHY

_____
By: Michael A. Bono, Esq.
Attorneys for Defendant
Matthew R. Stein
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINA KLEMM

                    Plaintiff,

    -against-

MATTHEW R. STEIN, J.A.G. & H.E. CONSTRUCTION,
INC. and D.H.E. COMPANY, INC.,

                    Defendants.
------------------------------------------------------------X

08 Civ. 3641 (CBA) (SMG)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action having been settled be and the same hereby is discontinued with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       January    2009

O'DWYER & BERNSTIEN, LLP

_____
By: Christopher Downes, Esq.
Attorneys for Plaintiff
Christina Klemm &
52 Duane Street
New York, New York 10007
(212) 571-7100

GOLDBERG SEGALLA, LLP

_____
By: William Kelly, Esq.
Attorneys for Defendant
D.H.E. Company, Inc.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400

KRAL CLERKIN REDMOND RYAN
PERRY & GIRVAN, LLP

_____
By: Jeffrey K. Van Etten, Esq.
Attorneys for Defendants
J.A.G. & H.E. Construction, Inc.
170 Broadway, Suite 500
New York, New York 10038
(212) 406-9710

WADE CLARK MULCAHY

_____
By: Michael A. Bono, Esq.
Attorneys for Defendant
Matthew R. Stein
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
CHRISTINA KLEMM,

        Plaintiff,

   -against-

MATTHEW R. STEIN, J.A.G. & H.E. CONSTRUCTION, INC. and D.H.E. COMPANY, INC.,

        Defendants.
---------------------------------------X

08 Civ. 3641 (CBA) (SMG)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action having been settled be and the same hereby is discontinued with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       January 9, 2009

O'DWYER & BERNSTIEN, LLP

By: Christopher Downes, Esq.
Attorneys for Plaintiff
Christina Klemm &
52 Duane Street
New York, New York 10007
(212) 571-7100

GOLDBERG SEGALLA, LLP

By: William Kelly, Esq.
Attorneys for Defendant
D.H.E. Company, Inc.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400

KRAL CLERKIN REDMOND RYAN
PERRY & GIRVAN, LLP

By: Jeffrey K. Van Etten, Esq.
Attorneys for Defendants
J.A.G. & H.E. Construction, Inc.
170 Broadway, Suite 500
New York, New York 10038
(212) 406-9710

WADE CLARK MULCAHY

/s Michael A. Bono
By: Michael A. Bono, Esq.
Attorneys for Defendant
Matthew R. Stein
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900